IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) NO. 18-po-4575 SMV |
| AARON MARTINEZ-HERNANDEZ, | ) |
| Defendant. | ) |

## ORDER DISMISSING CRIMINAL COMPLAINT WITHOUT PREJUDICE

THIS MATTER having come before the Court on the written Motion of the United States Attorney for the District of New Mexico, for an Order dismissing the Criminal Complaint filed on December 28, 2018, and the Court being fully advised in the premises, FINDS that the motion is well-taken and should be granted.

IT IS THEREFORE ORDERED that the Criminal Complaint filed on December 28, 2018, be and hereby is dismissed without prejudice as to Defendant AARON MARTINEZ-HERNANDEZ.

IT IS FURTHER ORDERED that the Clerk shall provide two certified copies of this Order to the United States Marshal as authority to proceed hereunder.

_____
HONORABLE STEPHAN M. VIDMAR
UNITED STATES MAGISTRATE JUDGE